IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ELISE PEREZ,<br><br>   Defendant. | Case №:2:14-mj-0121  DAD<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 USC § 1344(2)

CJA Panel attorney Kyle R. Knapp is hereby appointed effective June 3, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  6/5/2014

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL