```
KYLE R. KNAPP, SBN 166597
Attorney at Law
1120 D Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-4717

Attorney for Defendant
ELISE PEREZ
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ELISE PEREZ,<br><br>　　　　　　　Defendants. | CR NO.  14-MJ-00121-DAD<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME<br><br>Date:  June 24, 2014<br>Time:  2:00 p.m.<br>Judge: Kendall J. Newman |

　　　Plaintiff, United States of America, by and through Assistant United States Attorney, MICHELLE RODRIGUEZ and Defendant ELISE PEREZ, individually and by her counsel of record, KYLE R. KNAPP hereby stipulate to continue the Preliminary Hearing currently set for June 24, 2014, to July 10, 2014, at 2:00 p.m.

　　　The parties agree that the time beginning from the date of this stipulation extending through July 10, 2014, should be excluded from the calculation of time under the Speedy Trial Act. Further, the defendant consents to an extension of the time for a Preliminary

Stipulation to Continue Preliminary Examination　　　　　　　　　　　　　　　　1

1 Hearing until July 10, 2014, Fed. R. Crim. P. 5.1(d).  The parties
2 submit that the ends of justice are served by the Court excluding
3 such time, so that they may have reasonable time necessary for
4 effective preparation, taking into account the exercise of due
5 diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
6     In particular, the time is required so that the parties can
7 continue to conduct investigation and discuss a proposed disposition.
8 The defendants consents to this continuance.  The parties stipulate
9 that this interest of justice outweighs the interest of the public
10 and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and
11 (h)(7)(A), and further that this good cause outweighs the public's
12 interest in the prompt disposition of criminal cases. Fed. R. Crim.
13 P. 5.1(d).

                                    Respectfully submitted,

Dated: June 17, 2014

                                    /s/ Kyle R. Knapp
                                    KYLE R. KNAPP
                                    Attorney for Defendant ELISE
                                    PEREZ

Dated: June 17, 2014                  BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Kyle R. Knapp for

                                    MICHELLE RODRIGUEZ
                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>  ELISE PEREZ,<br><br>             Defendant. | ) CR NO.  14-MJ-121-DAD<br>)<br>)<br>) ORDER EXTENDING TIME FOR<br>) PRELIMINARY HEARING AND EXCLUDING<br>) TIME BY STIPULATION OF THE PARTIES<br>)<br>)<br>) Date:  June 17, 2014<br>) Time:  2:00 p.m.<br>) Judge: Kendall J. Newman<br>)<br>) |

ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 17, 2014. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's

interest in the prompt disposition of criminal cases.

    THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to July 10, 2014, at 2:00 p.m.

2. This time between June 17, 2014, and July 10, 2014, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear at the date and time before the Magistrate Judge on duty.

    IT IS SO ORDERED.

Dated:  June 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Preliminary Examination    4