KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ELISE PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELISE PEREZ,

    Defendant.

No. 14-CR-0177-LKK

STIPULATION AND
ORDER CONTINUING CASE AND
EXCLUDING TIME

Date: August 12, 2014
Time: 9:15 am.
Judge: Honorable Lawrence K. Karlton

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Elise Perez, that the previously-scheduled status conference, currently by the court on its own motion for August 5, 2014, be vacated and that the matter be set for status conference on August 12, 2014 at 9:15 a.m.

    Counsel have conferred and this continuance is requested to allow defense counsel additional time to receive and review possible plea agreements in this case, conduct defense investigation and further review the discovery in this matter.

    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

1

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 29, 2014 up to and including August 12, 2014.

IT IS SO STIPULATED.

Dated: July 29, 2014                      BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

                                   by:     /s/ Michelle Rodriguez
                                                       MICHELLE RODRIGUEZ
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

Dated: July 29, 2014                               /s/ Kyle Knapp
                                                       KYLE KNAPP
                                                         Attorney for Defendant
                                                         ELISE PEREZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's August 5, 2014 criminal calendar and re-calendared for status conference on August 12, 2014.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on July 29, 2014 through and including August 12, 2014.

**IT IS SO ORDERED**.

Dated: August 5, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT