KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ELISE PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 14-CR-00177-JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING SENTENCING |
| v. | ) |
| | ) Date:  December 9, 2014 |
| ELISE PEREZ. | ) Time:  9:30am. |
| | ) Judge: Honorable John A. Mendez |
| Defendant. | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Elise Perez, that the previously-scheduled sentencing hearing, currently set for November 4, 2014, be vacated and that the matter be set for sentencing on December 9, 2014 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to further research his client's criminal history and to augment its response to some of the findings in the pre-sentence report.

Counsel contacted United States Probation Officer, Nisha Modica, and she had no objection to the new date. In addition, the following revised sentencing schedule is agreed

1

upon: Judgment and Sentencing date - December 9, 2014; Reply or Statement of Non-Opposition due – December 2, 2014; Motion for Correction of the Presentence Report – November 25, 2014; Presentence Report filed with the Court – November 18, 2014; and finally, Counsel's written objections due – November 11, 2014.

IT IS SO STIPULATED.

Dated:  October 14, 2014                         BENJAMIN B. WAGNER
                                                 UNITED STATES ATTORNEY

                                        by:      /s/ Kyle Knapp for
                                                 MICHELLE RODRIGUEZ
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

Dated:  October 14, 2014                         /s/ Kyle Knapp
                                                 KYLE KNAPP
                                                 Attorney for Defendant
                                                 ELISE PEREZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's November 4, 2014 criminal calendar and re-calendared for judgment and sentencing on December 9, 2014.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date - December 9, 2014; Reply or Statement of Non-Opposition – December 2, 2014; Motion for Correction of the Presentence Report – November 25, 2014; Presentence Report filed with the Court – November 18, 2014; Counsel's written objections due – November 11, 2014.

**IT IS SO ORDERED**.

Dated: 10/15/2014

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge