KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
ELISE PEREZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-00177-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| ELISE PEREZ. | Date:  January 13, 2014 Time:  9:30am. Judge:  Honorable John A. Mendez |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Elise Perez, that the previously-scheduled sentencing hearing, currently set for December 9, 2014, be vacated and that the matter be set for sentencing on January 13, 2015 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to resolve an issue with respect to number of potential victims that is critical in the guideline analysis.  To facilitate this, counsel will view the evidence seized.

Counsel contacted United States Probation Officer, Nisha Modica, and she had no objection to the new date.  The final Presentence Report was filed on November 18, 2014.     In

addition, the following revised sentencing schedule is agreed upon:  Judgment and Sentencing date – January 13, 2015; Reply or Statement of Non-Opposition date – January 6, 2015; Motion for Correction of the Presentence Report due– December 30, 2014.

IT IS SO STIPULATED.

Dated:  November 24, 2014                          BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY

                                         by:      /s/ Kyle Knapp for
                                                  MICHELLE RODRIGUEZ
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated:  November 24, 2014                          /s/ Kyle Knapp
                                                  KYLE KNAPP
                                                  Attorney for Defendant
                                                  ELISE PEREZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's November 4, 2014 criminal calendar and re-calendared for judgment and sentencing on December 9, 2014.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date – January 13, 2015; Reply or Statement of Non-Opposition – January 6, 2015; Motion for Correction of the Presentence Report due– December 30, 2014.

**IT IS SO ORDERED**.

Dated: 11/24/2014

/s/ John A. Mendez_____
HON. John A. Mendez
United States District Court Judge