KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ELISE PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELISE PEREZ.<br><br>Defendant. | No. 14-CR-00177-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date: February 10, 2014<br>Time: 9:30am.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Elise Perez, that the previously-scheduled sentencing hearing, currently set for January 13, 2015, be vacated and that the matter be set for sentencing on February 10, 2015 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to resolve an issue with respect to number of potential victims that is critical in the guideline analysis. To facilitate this, counsel has viewed the evidence seized and needs additional time to review the potential guideline ramifications.

1

Counsel contacted United States Probation Officer, Nisha Modica, and she had no objection to the new date.  The final Presentence Report was filed on November 18, 2014.  In addition, the following revised sentencing schedule is agreed upon:  Judgment and Sentencing date – February 10, 2015; Reply or Statement of Non-Opposition date – February 3, 2015; Motion for Correction of the Presentence Report due– January 27, 2015.

IT IS SO STIPULATED.

Dated:  January 5, 2015                         BENJAMIN B. WAGNER
                                                UNITED STATES ATTORNEY

                                       by:     /s/ Kyle Knapp for
                                                MICHELLE RODRIGUEZ
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

Dated:  January 5, 2015                         /s/ Kyle Knapp
                                                KYLE KNAPP
                                                Attorney for Defendant
                                                ELISE PEREZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's January 13, 2105 criminal calendar and re-calendared for judgment and sentencing on February 10, 2015.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date – February 10, 2015; Reply or Statement of Non-Opposition – February 3, 2015; Motion for Correction of the Presentence Report due– January 27, 2015.

**IT IS SO ORDERED**.

Dated: 1/6/2015

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge