KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ELISE PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELISE PEREZ.<br><br>Defendant. | No. 14-CR-00177-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:  February 17, 2015<br>Time:  9:30am.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Elise Perez, that the previously-scheduled sentencing hearing, currently set for February 10, 2015, be vacated and that the matter be set for sentencing on February 17, 2015 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to resolve an issue with respect to number of potential victims that is critical in the guideline analysis.

Counsel contacted United States Probation Officer, Nisha Modica, and she had no objection to the new date.  In addition, the following revised sentencing schedule is agreed upon:  Judgment and Sentencing date – February 17, 2015; Reply or Statement of Non-

Opposition date – February 10, 2015; Motion for Correction of the Presentence Report due– February 3, 2015.

IT IS SO STIPULATED.

Dated: January 27, 2015               BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                             by:      /s/ Kyle Knapp for
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Dated: January 27, 2015               /s/ Kyle Knapp
                                      KYLE KNAPP
                                      Attorney for Defendant
                                      ELISE PEREZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 10, 2015 criminal calendar and re-calendared for judgment and sentencing on February 17, 2015 at 9:30 a.m.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date – February 17, 2015; Reply or Statement of Non-Opposition – February 10, 2015; Motion for Correction of the Presentence Report due– February 3, 2015.

**IT IS SO ORDERED**.

Dated: 1/28/2015                                                    /s/ John A. Mendez_____
                                                                                HON. John A. Mendez
                                                                                United States District Court Judge